UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MORGAN STANLEY,

    Plaintiff,

vs.

RICHARD "RIP" HALE,

    Defendant.

Case No. 3:19-cv-327

District Judge Michael J. Newman

---

### ORDER DENYING MOTION FOR RECONSIDERATION (Doc. No. 17)

---

This matter is before the Court on Defendant Richard "Rip" Hale's ("Hale") motion for reconsideration and attorney's fees.  Doc. No. 17.  The Court liberally construes Hale's motion as a motion to alter or amend a judgment under Fed. R. Civ. P. 59(e), which must be filed within twenty-eight days of judgment.  Assuming, *arguendo*, that this Court has jurisdiction, the motion is **DENIED** as untimely.

A Rule 59(e) motion filed outside of the time limit can constitute a Fed. R. Civ. P. 60(b) motion.  *See Johnson v. Unknown Dellatifa*, 357 F.3d 539, 542 (6th Cir. 2004).  However, Morgan Stanley dismissed the case upon remand to state court, so relief under Rule 60(b) is moot.  *See Hale v. Morgan Stanley*, __ F. Supp. 3d __, 2021 WL 5299790, at *9–11 (S.D. Ohio Nov. 15, 2021).  Thus, this case remains **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

  December 16, 2021                                s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge